IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00919-CMA-MJW

KELLIE RHODES, on behalf of herself and others similarly situated,

Plaintiff,

v.

OLSON ASSOCIATES, P.C. d/b/a OLSON SHANER,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Unopposed Motion for Leave to Appear Telephonically at the June 9, 2014 Scheduling/Planning Conference (Docket No. 9) is GRANTED. Plaintiff's counsel is directed to contact the court's chambers (303-844-2403) at the scheduled time.

Date: May 7, 2014