IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00919-CMA-MJW

KELLIE RHODES, on behalf of herself and others similarly situated,

Plaintiff,

v.

OLSON ASSOCIATES, P.C. d/b/a OLSON SHANER,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 17) is GRANTED finding good cause shown. The written Protective Order (docket no. 17-1) is APPROVED and made an Order of Court.

Date: June 11, 2014