IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00919-CMA-MJW

KELLIE RHODES, on behalf of herself and others similarly situated,

Plaintiff,

v.

OLSON ASSOCIATES, P.C. d/b/a OLSON SHANER,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion to Extend Discovery Deadline Pending Ruling on Summary Judgment and Class Certification Motions (Docket No. 33) is GRANTED for substantially the reasons set forth in the motion.

    The parties are directed to submit a joint status report on or before January 9, 2015, advising the Court of the current status of the case and (if appropriate) providing a proposed amended scheduling order.

    The discovery cut-off and the dispositive motions deadline are STAYED.  The Final Pretrial Conference set for March 16, 2015, at 9:00 AM is VACATED.

Date: November 12, 2014